ERIC GRANT
United States Attorney
JOSHUA B. BANISTER
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:26-po-00075-SAB |
| Plaintiff, | [Citation #FBLV001X CA/4B] |
| v. | MOTION AND ORDER FOR DISMISSAL |
| BRANDEN L. RAUSCH, | |
| Defendant. | |

The United States of America, by and through Eric Grant, United States Attorney, and Joshua B. Banister, Assistant United States Attorney, hereby moves to dismiss Case No. 1:26-po-00075-SAB [Citation #FBLV001X CA/4B] against BRANDEN L. RAUSCH, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: May 13, 2026                   Respectfully submitted,

                                      ERIC GRANT
                                      United States Attorney

                          By:    /s/ *Joshua B. Banister*
                                 JOSHUA B. BANISTER
                                 Assistant United States Attorney

U.S. v. Rausch
Case No. 1:26-po-00075-SAB

# O R D E R

IT IS HEREBY ORDERED that Case No. 1:26-po-00075-SAB [Citation #FBLV001X CA/4B] against BRANDEN L. RAUSCH is dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:  **May 13, 2026**

STANLEY A. BOONE
United States Magistrate Judge

U.S. v. Rausch
Case No. 1:26-po-00075-SAB